CECIL L. SHIPMAN, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

IROQUOIS RUBBER COMPANY, Respondent, v. ARTHUR E. J. MALE and Others, Defendants, Impleaded with ERIK HEYL, Appellant.— Judgment and order of the Special Term of the City Court of Buffalo reversed, and a new trial granted in the City Court, with costs in all courts to the appellant to abide the event. New trial to be had on the 18th day of April, 1917, at ten A. M. Held, that the condition limiting the right of the plaintiff to give testimony was error. All concurred.

CHARLES A. VIDINGHOFF, Appellant, v. T. H. SYMINGTON COMPANY, Respondent.— Judgment and order affirmed, with costs. New trial in Rochester Municipal Court to be had on the 18th day of April, 1917, at ten A. M. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SARANAC LAND AND TIMBER COMPANY, Relator, v. THE EXTRAORDINARY SPECIAL AND TRIAL TERM OF THE SUPREME COURT and Others, Defendants.— Order entered March 30, 1917, amended so as to state that the application was denied as matter of law and not in the exercise of discretion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE POMESKA, Appellant.— Appeal dismissed upon stipulation filed.

In the Matter of Proving the Last Will and Testament of ALICE FREELAND, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

MARY M. REMINGTON, Individually, etc., Appellant, v. JOHN B. TAYLOR and Others, Respondents.— Motion granted and appeal dismissed, with costs.

SOPHIA REMINGTON, Individually, etc., Appellant, v. JOHN B. TAYLOR and Others, Respondents.— Motion granted and appeal dismissed, with costs.

GEORGE REIMANN, Respondent, v. MARY KROHN, as Administratrix, etc., Appellant.— Motion granted and appeal dismissed, with costs.

ERWIN H. LANPHEAR, Respondent, v. EDNA M. PARTRIDGE, Appellant, Impleaded, etc.— Motion granted, substituting Lillian Lanphear, as executrix of the last will and testament of Erwin H. Lanphear, deceased, in place of said Erwin H. Lanphear.

SAMUEL S. RAMSDELL, an Infant, etc., Respondent, v. COOMBS AEROPLANE COMPANY, INC., Appellant.— Order opening defendant's default vacated for failure of appellant to comply with the conditions imposed by the order.

FRANK & MILLER, INC., Appellant, v. CELIA ELMORE, Respondent.— Motion to dismiss appeal denied.